UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

   VS.                                                   CASE NO. 6:21-mj-1442-DCI

**WILLIAM ISAACS**

AUSA: Jennifer Harrington

Defense Attorney: Charles Greene

| JUDGE: <br><br>Courtroom: | **DANIEL C. IRICK** <br>United States Magistrate Judge <br><br>5C | DATE AND TIME: <br><br><br>TOTAL TIME: | **May 27, 2021** <br>11:56AM-12:40PM <br>44 minutes |
|---|---|---|---|
| DEPUTY CLERK: | N. Rodriguez | REPORTER: | Digital <br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Sonya Williams |

CLERK'S MINUTES
INITIAL APPEARANCE (RULE 5C)

### Rule 5c – District of Columbia

Case called, appearances made, procedural setting by the Court.
No issue as to competency.
Court advises defendant of his rights.
Defendant has retained counsel.
Government summarizes the counts in the Superseding Indictment and advises of the potential penalties.
Government makes oral motion for defendant's release.
Government places proposed conditions of release on the record.
Defense objects to certain conditions proposed by the government and made arguments.
Court placed its decision on the record re conditions of release.
Court set conditions of release.
Defendant is released with conditions as set forth in the Order Setting Conditions of Release.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Defendant waives right to identity hearing and production of warrant.
Court adjourned.